UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CLEVELAND MARTIN,

                    Plaintiff,

      - against -

AMGEN,

                    Defendant.

08 Civ. 3975 (JSR) (DFE)

**STIPULATION AND
[PROPOSED] ORDER**

WHEREAS, Plaintiff commenced this action by filing a Complaint on April 28, 2008;

WHEREAS, following the commencement of this action, Defendant informed counsel for Plaintiff that Plaintiff and Defendant had previously entered into an agreement to arbitrate Plaintiff's claims in this case;

WHEREAS the parties have agreed to proceed to arbitration before JAMS; and

WHEREAS the parties wish to stay proceedings in this action pursuant to the Federal Arbitration Act ("FAA") and proceed to arbitration in accordance with their agreement.

NOW, THEREFORE, the parties hereby stipulate that this action be stayed pursuant to the FAA to permit the parties to arbitrate in accordance with their agreement.

Dated: New York, New York
      June 13, 2008

REGINALD A. BODDIE, ESQ.

By: Reginald A. Boddie
19 Fulton Street, Suite 408
New York, New York 10038
(212) 406-8032

PAUL, HASTINGS, JANOFSKY
& WALKER LLP

By: Allan S. Bloom
75 East 55th Street
New York, New York 10022
(212) 318-6377
(212) 318-6000



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-18-08

*Attorney for Plaintiff*                    *Attorneys for Defendant*

Clerk to place on Suspense Calendar

**Dated:** ____6/17/08____          **SO ORDERED:**

LEGAL_US_E # 79733801.2

_____
U.S.D.J.

-2-